# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE M. LARA, <br><br> Plaintiff <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No: 5:18-cv-00899-JC <br><br> **JUDGMENT** |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that Judgment is entered in accordance with the ORDER OF REMAND.

IT IS SO ADJUDGED.

DATE:     November 27, 2019

/s/
Honorable Jacqueline Chooljian
United States Magistrate Judge